USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLTON VANIER.

                Defendant.

**ORDER**

18-CR-873 (VSB)

<u>VERNON S. BRODERICK</u>, United States District Judge:

    Sentencing is scheduled in this matter for October 9, 2020 at 11:00 a.m. Counsel for the defendant is directed to advise him, that for the foreseeable future, the Metropolitan Correctional Center ("MCC") or the Metropolitan Detention Center ("MDC") may require that any inmate appearing in court be quarantined for 14 days upon returning from their appearance.

    Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, anyone who appears at any SDNY courthouse must complete a questionnaire and have their temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

    In addition, all parties must wear a mask or face shield upon entry into the courthouse, and during any proceeding in the courthouse. There will also be assigned seating during the proceeding. Please contact chambers if you do not meet the requirements.

    Members of the public, and press may use 1-888-363-4749; access code: 2682448 to listen to the hearing.

SO ORDERED.

Dated:    October 8, 2020
              New York, New York

Vernon S. Broderick
United States District Judge