JONATHAN ROSENBERG, PLLC
137 Court Street, Fl. 2, Brooklyn, NY 11201
Tel: (718) 715-4845 | Fax: (718) 797-1855
Email: jonathan@rosenbergpllc.com

October 20, 2020

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 10/22/2020

HON. VERNON S. BRODERICK
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application is granted to the extent that sentencing is adjourned sine die. The parties, including attorneys Jonathan Rosenberg and Samuel Gregory, are directed to appear on October 30, 2020 at 10:30 a.m., to discuss (1) Defendant's apparent retention of Jonathan Rosenberg, (2) any request by either Defendant or defense counsel Samuel Gregory to be relieved as counsel, and (3) a new date for sentencing.

Re:   *United States v. Carlton Vanier*
      Docket # 18 Cr 873

Your Honor:

On or about October 15, 2020, my office entered its notice of appearance on behalf of the defendant, Carlton Vanier, who stands to be sentenced on October 30, 2020.

As new counsel, my office respectfully requests an adjournment of the sentencing matter to a date after November 30, 2020, in order to prepare for any potential hearing on the evidence presented at sentencing and to have attorney-client discussions with Mr. Vanier regarding his impending Judgment.

The government does not consent to my office's one request for an adjournment in preparation for sentencing, but has offered to discuss it further.

Respectfully submitted,

[signature]

Jonathan Rosenberg
*Attorney for Luis Parrales*
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
Tel: (718) 715-4845
jonathan@rosenbergpllc.com

cc:   U.S. Department of Justice
      United States Attorney's Office
      Southern District of New York

      All parties *via ECF*