USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CARLTON VANIER

                Defendant.

**ORDER**

S1 18-CR-873 (VSB)

<u>VERNON S. BRODERICK, United States District Judge</u>:

    Today, I held a hearing regarding Defendant Carlton Vanier's request to withdraw his plea and/or for a sentencing hearing. Based on my comments made during the hearing, the parties are directed to submit a proposed supplemental briefing schedule by April 30, 2021. SO ORDERED.

Dated:    April 28, 2021
            New York, New York

                                              Vernon S. Broderick
                                              United States District Judge