JONATHAN ROSENBERG, PLLC
137 Court Street, Fl. 2, Brooklyn, NY 11201
Tel: (718) 715-4845 | Fax: (718) 797-1855
Email: jonathan@rosenbergpllc.com

April 29, 2021

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 4/30/2021

HON. VERNON S. BRODERICK
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Carlton Vanier*
               Docket # 18 Cr 873

Your Honor:

      Subject to the Court's approval, the parties agree that the defendant's supplemental motions are due Monday, June 7, 2021 and that the government's supplemental responses are due Monday, June 14, 2021.

Respectfully submitted,

[signature]

Jonathan Rosenberg
*Attorney for Carlton Vanier*
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
Tel: (718) 715-4845
jonathan@rosenbergpllc.com

All parties *via ECF*